UNITED STATES of America,
Plaintiff-Appellee,

v.

Kenneth Lange MARTIN,
Defendant-Appellant.

No. 81–1758.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted July 8, 1982.

Decided Nov. 28, 1983.

William J. Friedl, Phoenix, Ariz., for defendant-appellant.

Gloria Ybarra, Asst. U.S. Atty., Phoenix, Ariz., for plaintiff-appellee.

Before GOODWIN and NELSON, Circuit Judges, and MARSHALL,* District Judge.

ORDER

The government's petition for rehearing of 693 F.2d 77 is allowed.

Based on the authority of *Illinois v. Andreas,* —— U.S. ——, 103 S.Ct. 3319, 77 L.Ed.2d 1003 (1983), the judgment is affirmed.

* The Honorable Consuelo B. Marshall, United States District Judge for the Central District of